# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1018
Lower Tribunal No. 2022-CF-007582-A000-XX

_____

BRADEN L. GUEBARA-HARKNESS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Catherine L. Combee, Judge.

May 12, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and PRATT, JJ., concur.


Braden L. Guebara-Harkness, Quincy, pro se.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED